**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6201**

———————

JIMMIE CRAIG DANIELS,

            Plaintiff - Appellant,

      v.

MANDY MICHELLE BEASLEY DANIELS,

            Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Terry L. Wooten, District Judge.
(4:10-cv-01692-TLW-SVH)

———————

Submitted: March 15, 2012          Decided:  March 20, 2012

———————

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jimmie Craig Daniels, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Craig Daniels appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Daniels v. Daniels, No. 4:10-cv-01692-TLW-SVH (D.S.C. Dec. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED